UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>             Plaintiff,<br><br>      v.<br><br>MIRIAM VASQUEZ, et al.,<br><br>             Defendants. | 1:24-cv-00597-SKO<br><br>**ORDER GRANTING APPLICATION TO PROCEED** ***IN FORMA PAUPERIS***<br><br>(Doc. 2) |

Plaintiff John Valdivia is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff filed an application to proceed *in forma pauperis*. (Doc. 2.) A review of these documents reveals that Plaintiff is unable to afford the costs of this action. Accordingly, the motion to proceed *in forma pauperis* is GRANTED.

IT IS SO ORDERED.

Dated:   **May 21, 2024**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE

1