UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIRIAM VASQUEZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-00597-SKO<br><br>**ORDER TO SHOW CAUSE IN WRITING WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION**<br><br>**14-DAY DEADLINE** |

Plaintiff John Valdivia, a civil detainee, is appearing pro se and *in forma pauperis* in this civil rights action. This action proceeds on Plaintiff's constitutional claims against Defendant Vasquez.

**I.     INTRODUCTION**

On August 15, 2025, Defendant filed a Notice of Appearance (Doc. 11), Defendant Miriam Vasquez's Notice of Motion and Motion to Dismiss (Doc. 12), Defendant Miriam Vasquez's Memorandum of Points and Authorities in Support of Motion to Dismiss (Doc. 13), a second or duplicate Notice of Appearance (Doc. 14), and a second filing titled Defendant Miriam Vasquez's Notice of Motion and Motion to Dismiss (Doc. 15).

On August 20, 2025, Defendant filed Defendant Miriam Vasquez's Notice of Errata Regarding Motion to Dismiss. (Doc. 16.)

In response to Defendant's notice of errata, the Court entered a minute order on August 21, 2025. (*See* Docket Entry No. 17.) At Defendant's request, the Court struck docket entry numbers 12 and 13 as filed in error. (*Id*.) The Court also directed Plaintiff "to file any opposition or statement of non-opposition" to the motion to dismiss "(Doc. 15) within 21 days of the date of this minute order." (*Id*.)

Although more than 21 days, plus time for mailing, have passed, Plaintiff has failed to file either an opposition or statement of non-opposition to Defendant's motion to dismiss.

## II.     DISCUSSION

This Court's Local Rules, corresponding with Federal Rule of Civil Procedure 11, provide that a "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." *See* Local Rule 110. Further, the Local Rules also state:

> Opposition, if any to the granting of a motion shall be served and filed by the responding party not more than twenty-one (21) days after the date of service of the motion. A responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect, specifically designating the motion in question. Failure of the responding party to file an opposition or statement of no opposition may be deemed a waiver of any opposition to the granting of the motion and may result in the imposition of sanctions.

Local Rule 230(*l*) ("Motions in Prisoner Actions"). Therefore, Plaintiff's opposition or statement of non-opposition to Defendant's pending motion to dismiss was originally due on or before September 5, 2025.

On August 21, 2025, the Court issued a minute order *sua sponte* granting Plaintiff an additional 21 days within which to file an opposition or statement of non-opposition to Defendant's motion. Plaintiff's response became due on or before September 11, 2025. More than 21 days have passed, but Plaintiff has filed neither an opposition nor a statement of non-opposition to Defendant's motion to dismiss, nor has Plaintiff otherwise contacted the Court.

//

//

### III. CONCLUSION AND ORDER

Based on the foregoing, the Court **HEREBY ORDERS** that:

1. Plaintiff **SHALL** show cause in writing, **within 14 days** of the date of service of this order, why sanctions should not be imposed for his failure to comply with the Local Rules. Alternatively, within that same time, Plaintiff may file an opposition or statement of non-opposition to Defendant's motion (Doc. 15) filed August 15, 2025.

**Plaintiff is advised that a failure to respond to this Order to Show Cause (OSC) may result in a recommendation that this action be dismissed for a failure to obey court orders and a failure to prosecute. Alternatively, Defendant's motion to dismiss may be deemed unopposed and submitted for decision.**

IT IS SO ORDERED.

Dated:   **September 19, 2025**           /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE