UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MIRIAM VASQUEZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:24-cv-00597-SKO<br><br>**ORDER DEEMING DEFENDANTS' MOTION TO DISMISS FILED NOVEMBER 5, 2025, UNOPPOSED** |

Plaintiff John Valdivia, a civil detainee, is appearing pro se and *in forma pauperis* in this civil rights action.

On November 10, 2025, the Court issued its Order Construing Lodged First Amended Complaint to be Motion to Amend Complaint and Proposed First Amended Complaint; Order Terminating Motion to Dismiss Filed August 15, 2025; and Order Directing Plaintiff to File Opposition or Statement of Non-Opposition to Motion to Dismiss Filed November 5, 2025, Within 30 Days. (*See* Doc. 22.) Plaintiff was warned "that any failure to file either an opposition or a statement of non-opposition within 30 days … will result in the Defendant's November 5, 2025, motion being deemed unopposed." (*Id*. at 4.)

Although more than 30 days have passed, Plaintiff has failed to file either an opposition or a statement of non-opposition.

//

Accordingly, the Court **HEREBY ORDERS** that Defendants' motion to dismiss filed November 5, 2025 (Doc. 21), is deemed **UNOPPOSED** and submitted. The undersigned will issue findings and recommendations in due course.

IT IS SO ORDERED.

Dated:   **December 29, 2025**                    /s/ *Sheila K. Oberto*
                                                                UNITED STATES MAGISTRATE JUDGE