UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VALDIVIA,<br><br>                Plaintiff,<br><br>        v.<br><br>MIRIAM VASQUEZ, et al.,<br><br>                Defendants. | Case No.: 1:24-cv-00597-SKO<br><br>**ORDER REGARDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff John Valdivia, a civil detainee, is appearing pro se and *in forma pauperis* in this civil rights action. This case proceeds on Plaintiff's Religious Land Use and Institutionalized Persons (RLUIPA) claim and Fourteenth Amendment equal protection claim against Defendant Vasquez.

**I.        INTRODUCTION**

On December 30, 2025, Plaintiff filed a document titled "Plaintiff's Motion to Dismiss Without Prejudice." (Doc. 25.) Plaintiff states that he "has met in good faith with Defendant Miriam Vasquez and DSH-Coalinga Central Services Director Daniel Meek" and that following their meeting regarding Plaintiff's claims, "an understanding and agreement was met." (Doc. 25 at 2.) Plaintiff asks the Court to "dismiss all claims without prejudice against all named Defendants in this matter." (*Id.*)

The Court construes Plaintiff's filing to be a notice of voluntary dismissal without prejudice pursuant to Rule 41(a)(1)(A)(i) and (B) of the Federal Rules of Civil Procedure, as Defendants have not served or filed "an answer or a motion for summary judgment."

## II.     CONCLUSION AND ORDER

In light of the foregoing, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(i) & (B). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:   **January 2, 2026**                                  /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE